MICHAEL C. SERVERIAN (SBN 133203)
JON A. HEABERLIN (SBN 199810)
**RANKIN, LANDSNESS, LAHDE,
   SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

**E-Filed 5/28/2010**

Attorneys for Defendants
CITY OF SANTA CLARA, SERGEANT RAY
CARREIRA and OFFICER STEVEN ERNST

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KNOTTS,<br><br>      Plaintiff,<br><br>vs.<br><br>RAY CARREIRA, a Santa Clara Police Officer; STEVEN ERNST, a Santa Clara Police Officer; JOHN DOE and RICHARD ROE, Santa Clara Police Officers, the identities and exact number of whom unknown to Plaintiff at this time; CITY OF SANTA CLARA, DOES 1 through 25,<br><br>      Defendants. | Case No. C09-04851 JF<br><br>**ORDER CONTINUING TRIAL DATE, TIME TO COMPLETE DISCOVERY, AND OTHER ASSOCIATED DATES**<br><br>**Courtroom:**   3 (5th Floor)<br>**Current Trial:**  December 10, 2010<br>**New Trial:**     February 28, 2011 |

THE PARTIES HAVING STIPULATED, the Court hereby vacates the current trial date of December 10, 2010 and its prior Case Management Order(s), and hereby ORDERS the following trial and scheduling dates:

| | |
|---|---|
| Further Case Management Conference and Hearing on Defendants' Motion for Summary Judgment | September 3, 2010, at ~~10:30~~ 9:00 a.m. |
| Fact Discovery Cutoff | November 19, 2010 |
| Designation of Experts With Reports | December 10, 2010 |

| Designation of Rebuttal Experts With Reports | December 24, 2010 |
|---|---|
| Expert Discovery Cutoff | January 7, 2011 |
| Deadline for Filing Discovery Motions | *See* Civil Local Rule 26-2 |
| Last Day for Hearing of Non-Dispositive Motions | January 7, 2011 |
| Last Day for Hearing of Dispositive Motions | January 28, 2011 |
| Final Pretrial Conference | February 15, 2011 |
| Jury Trial Date | February 28, 2011 |

DATED: 5/28/2010



JUDGE OF THE UNITED STATES
DISTRICT COURT