MICHAEL C. SERVERIAN (SBN 133203)
JON A. HEABERLIN (SBN 199810)
**RANKIN, LANDSNESS, LAHDE,
   SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514
Email: mserverian@rllss.com

Attorneys for Defendants
CITY OF SANTA CLARA, SERGEANT RAY
CARREIRA and OFFICER STEVEN ERNST

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN KNOTTS,<br><br>          Plaintiff,<br><br>vs.<br><br>RAY CARREIRA, a Santa Clara Police Officer; STEVEN ERNST, a Santa Clara Police Officer; JOHN DOE and RICHARD ROE, Santa Clara Police Officers, the identities and exact number of whom unknown to Plaintiff at this time; CITY OF SANTA CLARA, DOES 1 through 25,<br><br>          Defendants. | Case No. C09-04851 JF<br><br>**ORDER EXTENDING TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION**<br><br>Trial:          February 28, 2011 |

THE PARTIES HAVING STIPULATED, the parties shall now complete Alternative Dispute Resolution by November 19, 2010.  The parties shall contact the Court and arrange for a Settlement Conference to be completed by that date.

DATED:  6/14/10

JUDGE OF THE UNITED STATES
DISTRICT COURT

ORDER EXTENDING TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION - C09-04851 JF