1  MICHAEL C. SERVERIAN (SBN 133203)
   JON A. HEABERLIN (SBN 199810)
2  **RANKIN, LANDSNESS, LAHDE,**
     **SERVERIAN & STOCK**
3  96 No. Third Street, Suite 500
   San Jose, California  95112
4  Telephone : (408) 293-0463
   Facsimile : (408) 293-9514
5  Email: mserverian@rllss.com

6  Attorneys for Defendants
   CITY OF SANTA CLARA, SERGEANT RAY
7  CARREIRA and OFFICER STEVEN ERNST

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  JONATHAN KNOTTS,                    )  Case No. C09-04851 JF
                                        )
12            Plaintiff,                )  **ORDER EXTENDING TIME TO COMPLETE**
                                        )  **ALTERNATIVE DISPUTE RESOLUTION**
13  vs.                                 )  **AND TERMINATING ENE REFERRAL**
                                        )
14  RAY CARREIRA, a Santa Clara         )  **Trial:        February 28, 2011**
    Police Officer; STEVEN ERNST, a     )
15  Santa Clara Police Officer; JOHN    )
    DOE and RICHARD ROE, Santa          )
16  Clara Police Officers, the identities )
    and exact number of whom unknown    )
17  to Plaintiff at this time; CITY OF   )
    SANTA CLARA, DOES 1 through         )
18  25,                                 )
                                        )
19            Defendants.               )
    _____ )

20

21      THE PARTIES HAVING STIPULATED, the parties shall now complete Alternative

22  Dispute Resolution by November 19, 2010.  The parties shall contact the Court and

23  arrange for a Settlement Conference to be completed by that date.  The referral to ENE

24  shall be terminated.

25

26

27  DATED: _____6/23/10_____          _____
                                      JUDGE OF THE UNITED STATES
28                                    DISTRICT COURT