Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113-1210

**E-Filed 8/13/2010**

(408) 286-5150

Attorney for plaintiff JONATHAN KNOTTS

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KNOTTS,<br>    *Plaintiff*,<br>v.<br>RAY CARREIRA, a Santa Clara police officer; STEVEN ERNST, a Santa Clara police officer; JOHN DOE AND RICHARD ROE, Santa Clara police officers, the identities and exact number of whom unknown to Plaintiff at this time; CITY OF SANTA CLARA; DOES 1 through 25,<br>    *Defendants*. | No. CV 09-04851 JF<br><br>STIPULATION TO CONTINUE HEARING AND BRIEFING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER |

Pursuant to Northern District of California Rule 7-7, **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the hearing on the Motion for Summary Judgment filed by defendants in this matter, which is currently set for hearing on 3 September 2010 at 9:00 A.M. before the Honorabale Jeremy Fogel be continued to 15 October 2010 before the Honorabale Jeremy Fogel in Courtroom 3.  The purpose of this stipulation is to allow plaintiff to conduct limited discovery with respect to the motion.  The parties have not previously stipulated to continue the hearing date.

Stipulation and [Proposed] Order to Continue Motion for Summary Judgment
CV 09-4851 JF                                                                                                          Page 1

1   Plaintiff's opposition shall be due 21 days prior to the hearing, and defendants' reply, if any,
2   shall be due 14 days prior to the hearing.

5   Dated: 11 August 2010

/s/ Anthony Boskovich
_____
Attorny for Plaintiff

10   Dated: 11 August 2010

/s/ Michael Serverian
_____
Attorney for Defendants

### ORDER

17   Pursuant to the above stipulation, it is hereby ordered that the hearing on defendants' motion
18   for summary judgment is continued to 15 October 2010 at 9:00 A.M. in Courtroom 3. Plaintiff shall
19   file any opposition 21 days in advance of that date, and defendants shall file any reply 14 days in
20   advance of that date.

22   Dated: __August 13,__ 2010

_____
Judge of the United States District Court

Stipulation and [Proposed] Order to Continue Motion for Summary Judgment
CV 09-4851 JF                                                                                          Page 2