1 | MICHAEL C. SERVERIAN (SBN 133203)
JON A. HEABERLIN (SBN 199810)
2 | **RANKIN, LANDSNESS, LAHDE,**
**SERVERIAN & STOCK**
3 | 96 No. Third Street, Suite 500
San Jose, California  95112
4 | Telephone : (408) 293-0463
Facsimile : (408) 293-9514
5 | Email: mserverian@rllss.com

6 | Attorneys for Defendants
CITY OF SANTA CLARA, SERGEANT RAY
7 | CARREIRA and OFFICER STEVEN ERNST

8 | IN THE UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | JONATHAN KNOTTS,                          )   Case No. C09-04851 JF
                                            )
12 |              Plaintiff,                 )   **STIPULATED REQUEST FOR ORDER**
                                            )   **CONTINUING DEFENDANTS' MOTION**
13 | vs.                                      )   **FOR SUMMARY JUDGMENT AND CASE**
                                            )   **MANAGEMENT CONFERENCE**
14 | RAY CARREIRA, a Santa Clara             )
Police Officer; STEVEN ERNST, a            )   **Trial:          February 28, 2011**
15 | Santa Clara Police Officer; JOHN         )
DOE and RICHARD ROE, Santa                )
16 | Clara Police Officers, the identities    )
and exact number of whom unknown          )
17 | to Plaintiff at this time; CITY OF        )
SANTA CLARA, DOES 1 through               )
18 | 25,                                      )
                                            )
19 |              Defendants.                )
    _____ )

20

21 |        THE PARTIES HEREBY STIPULATE, THROUGH THEIR ATTORNEYS OF

22 | RECORD,

23 |        1.      Trial is presently set to commence on February 28, 2011.

24 |        2.      Defendants' Motion for Summary Judgment on the Issue of Qualified Immunity

25 | is scheduled to be heard on October 15, 2010 at 9:00 a.m., with a Case Management

26 | Conference to be heard concurrently after the Motion for Summary Judgment.

27 |        3.      The parties are jointly requesting a continuance of both, Defendants' Motion

28 | for Summary Judgment and the Case Management Conference to allow for the

1    completion of depositions of Officers in this matter.  The depositions are set for October

2    11 and November 15, 2010.

3           3.      The parties are hereby requesting a continuance of defendants' Motion for

4    Summary Judgment and the Case Management Conference of this case to December 17,

5    2010 at 9:00 a.m. o̶r̶ xxxxxxxxxx_____ a̶t̶ xxxxxxxx_____.

6

7                                          LAW OFFICES OF ANTHONY BOSKOVICH

8    DATED: _____/s/_____          _____/s/_____
9                                          ANTHONY BOSKOVICH
                                           Attorneys for Plaintiff
10

11

12   Dated: September 29, 2010             RANKIN, LANDSNESS, LAHDE,
                                           SERVERIAN & STOCK
13

14

15                                         By: _____/s/_____
16                                         MICHAEL C. SERVERIAN
                                           Attorneys for Defendants
17

18

19   Dated: 10/7/10                        IT IS SO ORDERED

20

21                                         _____
22                                         JEREMY FOGEL
                                           United States District Judge
23

24

25

26

27

28

                                          2
     STIPULATED REQUEST FOR CONTINUANCE OF DEFENDANTS' MSJ AND PARTIES CASE
     MANAGEMENT CONFERENCE C09-04851 JF