**E-Filed 10/8/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KNOTTS,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RAY CARREIRA, a Santa Clara Police Officer, STEVEN ERNST, a Santa Clara Police Officer, JOHN DOE and RICHARD DOE, Santa Clara Police Officers, the identities and exact number of whom unknown to Plaintiff at this time, CITY OF SANTA CLARA, DOES 1 through 25,<br><br>　　　　　　　Defendants. | Case Number 5:09-cv-04851-JF/PVT<br><br>ORDER[1] CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE |

A hearing on Defendants' motion for summary judgment and a case management conference currently are set for October 15, 2010 at 9:00am. To allow for depositions scheduled for October 11, 2010 and November 15, 2010, the parties have stipulated to continue both the hearing and the case management conference to December 17, 2010. Trial is set to begin on February 28, 2011, and the continuance would not impact the case schedule. Accordingly, the Court hereby continues the hearing on Defendants' motion for summary judgment and the case

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:09-cv-04875-JF/HRL
ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE
(JFEX1)

1  management conference to December 17, 2010 at 9:00 am.

2

3  IT IS SO ORDERED.

4  DATED: 10/8/10

_____
JEREMY FOGEL
United States District Judge