1 | Anthony Boskovich, No. 121198
Christopher Appleton No. 151614
2 | Boskovich & Appleton
28 N. First Street, 6th Floor
3 | San Jose, California 95113-1210

4

408-286-5150
5

Attorney for Plaintiff Jonathan Knotts
6

7

8          **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN JOSE DIVISION**

11

**\*\*E-Filed 12/8/2010\*\***

| | |
|---|---|
| JONATHAN KNOTTS | Case No.      C09-04851 JF |
| *Plaintiff,* | ORDER GRANTING |
| *v.* | STIPULATED REQUEST FOR ORDER CONTINUING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE STATEMENT AS MODIFIED BY THE COURT |
| RAY CARREIRA, a Santa Clara police officer; STEVEN ERNST, a Santa Clara police officer; JOHN DOE AND RICHARD ROE, Santa Clara police officers, the identities and exact number of whom unknown to Plaintiff at this time; CITY OF SANTA CLARA; DOES 1 through 25, | Trial: February 28, 2011 |
| *Defendants* | |

THE  PARTIES  HEREBY  STIPULATE,  THROUGH  THEIR  ATTORNEYS  OF
RECORD.

     1.     Trial is presently set to commence on February 28, 2011.

     2.     Defendant's Motion for Summary Judgment on the Issue of Qualified Immunity is
scheduled to be heard on December 17, 2010 at 9:00 a.m. with a Case Management
Conference to be heard concurrently after the Motion for Summary Judgment.

*Boskovich & Appleton 28 North First Street, 6 Floor, San Jose, CA 95113  (408) 286-5150*

3. The parties are jointly requesting a continuance of both. Defendants' Motion for Summary Judgment and the Case Management Conference to allow for the completion of depositions of Officers in this matter.

4. The parties are hereby requesting a continuance of defendant's Motion for Summary Judgment and the Case Management Conference of this case to January ~~21~~ 28, 2010 at 9:00 a.m. ~~or ----------------------------------- at -------------------~~

BOSKOVICH & APPLETON

Dated: _____November 29, 2010_____          By: _____/s/_____
                                                 Anthony Boskovich
                                                 Attorney for Plaintiff

Dated: _____November 29, 2010___          RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

                                          By: _____/s/_____
                                                 Michael Serverian
                                                 Attorney for Defendants

Dated:  12/8/2010          _____
                           JEREMY FOGEL
                           United States District Judge

Boskovich & Appleton 28 North First Street, 6 Floor, San Jose, CA 95113  (408) 286-5150