1  Anthony Boskovich, No. 121198
   Boskovich & Appleton
2  28 N. First Street, 6th Floor
   San Jose, California 95113-1210

3

4  (408) 286-5150

5  Attorney for plaintiff JONATHAN KNOTTS

6

7

8          **IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN JOSE DIVISION**

11

12  JONATHAN KNOTTS,                      )
                        *Plaintiff,*      )     No. CV 09-04851 JF
13  v.                                    )
                                          )     STIPULATION AND
14  RAY CARREIRA, a Santa Clara police officer;  )  ~~[PROPOSED]~~ ORDER
    STEVEN ERNST, a Santa Clara police officer;  )  CONTINUING DATES
15  JOHN DOE AND RICHARD ROE, Santa Clara )
    police officers, the identities and exact number of )
16  whom unknown to Plaintiff at this time; CITY OF )
    SANTA CLARA; DOES 1 through 25,       )
17                        *Defendants.*   )
                                          )
18  _____

19          The parties to this action, by and through their attorneys of record, Michael Serverian for

20  Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:

21          This case is currently set for trial on February 28, 2011, and defendants' motion for summary

22  judgment is currently set for 28 January 2011.   The parties have been attempting to set the

23  depositions of two witnesses, defendant Ernst and percipient witness Charles Sisson.   Although

24  Officer Ernst's deposition had to be continued due to an emergency motion that plaintiff's counsel

25  was required to file in family court, Mr. Sisson failed to either respond to telephone calls or appear

26  for his deposition despite having been personally served with a subpoena.  Plaintiff contends that Mr.

27

28  Stipulation and [Proposed] Order
    CV 09-04851 JF                                                      Page 1

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

1  Sisson's testimony is critical for his opposition to the motion, and it now appears that a comparison

2  of counsels' calendars as well as witness availability dictates that the depositions will have to take

3  place in mid-January 2011.  Given the above, the parties request the court grant this short first

4  continuance in this matter.

5          The current trial and pretrial dates are as follows:

6

7          Fact Discovery Cutoff:                            November 19, 2010

8          Designation of Experts                            December 10, 2010

9          Designation of Rebuttal Experts                   December 24, 2010

10         Expert Discovery Cutoff                           January 7, 2011

11         Last day for Hearing of Non-Dispositive Motions   January 7, 2011

12         Hearing on Motion for Summary Judgment            January 28, 2011

13         Further Case Management Conference                January 28, 2011 at 9:00 A.M.

14         Final Pretrial Conference                         February 15, 2011

15         Jury Trial                                        February 28, 2011

16

17         The parties propose the following dates:

18

19         Fact Discovery Cutoff:                            March 11, 2011

20         Designation of Experts                            April 1, 2011

21         Designation of Rebuttal Experts                   April 15, 2011

22         Expert Discovery Cutoff                           April 29, 2011

23         Last day for Hearing of Non-Dispositive Motions   April 29, 2011

24         Hearing on Motion for Summary Judgment            May 20, 2011

25         Further Case Management Conference                May 20, 2011 at 9:00 A.M.

26         Final Pretrial Conference                         ~~July 5, 2011~~ July 8, 2011

27

28  Stipulation and [Proposed] Order
    CV 09-04851 JF                                                                    Page 2

Jury Selection                               July 15, 2011

Jury Trial                                   July 18, 2011

Dated: 13 December 2010


/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff


Dated: 13 December 2010


/s/ Michael Serverian
_____
Michael Serverian
Attorney for defendants


**IT IS SO ORDERED**

Dated: _____1/12/11_____ ~~2010~~



_____
Judge of the United States District Court

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

Stipulation and [Proposed] Order
CV 09-04851 JF                                              Page 3