**E-Filed 3/7/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN KNOTTS,<br><br>               Plaintiff,<br><br>   v.<br><br>RAY CARREIRA, et al.,<br><br>               Defendants. | Case Number 5:09-cv-04851-JF<br><br>ORDER ADMINISTRATIVELY TERMINATING MOTION FOR SUMMARY JUDGMENT FILED JULY 30, 2010; AND DIRECTING DEFENDANTS TO FILE A NEW NOTICE OF HEARING ON MOTION FOR SUMMARY JUDGMENT FOR MAY 20, 2011<br><br>[document no. 28] |

    For administrative reasons, the Court hereby terminates the motion for summary judgment filed July 30, 2010. That motion has not yet been briefed and is not ready for disposition. Defendants are directed to file a new notice of hearing on the motion for summary judgment, setting the motion for May 20, 2011 at 9:00 a.m. Defendants need not refile the substantive motion papers.

    IT IS SO ORDERED.

DATED: 3/4/2011

                                                     JEREMY FOGEL<br>
                                                     United States District Judge