Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150

Attorney for plaintiff JONATHAN KNOTTS

**IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JONATHAN KNOTTS,<br>    *Plaintiff,*<br>v.<br><br>RAY CARREIRA, a Santa Clara police officer;<br>STEVEN ERNST, a Santa Clara police officer;<br>JOHN DOE AND RICHARD ROE, Santa Clara police officers, the identities and exact number of whom unknown to Plaintiff at this time; CITY OF SANTA CLARA; DOES 1 through 25,<br>    *Defendants*. | No. CV 09-04851 JF<br><br>STIPULATION AND<br>[~~PROPOSED~~] ORDER<br>CONTINUING DATES |

    The parties to this action, by and through their attorneys of record, Michael Serverian for Defendants and Anthony Boskovich for Plaintiff, hereby stipulate as follows:

    Plaintiff has been attempting to take the depositions of defendant Ernst and witness Charles Sisson since January 2011. Defendant Ernst has been unavailable and his first available date for deposition is 29 April 2011. Additionally, Mr. Sisson has been avoiding service of his subpoena. Plaintiff contends that he needs both depositions in order to effectively oppose defendants' motion for summary judgment, with the opposition being due on 29 April 2011.

1  Based upon this, the parties hereby stipulate that the hearing on defendants' motion for
2  summary judgment be continued to 20 June 2011 or thereafter at the court's convenience in order
3  to allow the duly noticed depositions to proceed and to allow plaintiff adequate time to oppose the
4  motion.

5  The parties further stipulate that, given the proximity of the proposed motion hearing date
6  and the trial in this matter, that they have no objection to a continuance of the trial and other dates
7  at the Court's convenience.

8  Dated: 27 April 2011
9
10
11  /s/ Anthony Boskovich
   _____
   Anthony Boskovich
12 Attorney for plaintiff
13
   Dated: 27 April 2011
14
15  /s/ Michael Serverian
   _____
16 Michael Serverian
   Attorney for defendants
17
18
                              **ORDER**
19
20  On stipulation of the parties, and **GOOD CAUSE APPEARING**,
21  **IT IS HEREBY ORDERED** that the hearing on defendants' motion for summary
22 judgment is continued until ___June 24,_____ 2011. Plaintiff's opposition and defendants' reply, if
23 any, shall be filed in accordance with local rule. The case management conference is vacated.
24 //
25 //
26 //
27
28 Stipulation and [Proposed] Order
   CV 09-04851 JF                                                                              Page 2

1  ~~IT IS FURTHER ORDERED THAT~~

3  Dated: __5/9_____ 2011

_____
Judge of the United States District Court

Stipulation and [Proposed] Order
CV 09-04851 JF                                                                                              Page 3